# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-10320
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 19, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS ISRAEL GUARDADO,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3-12-CR-204-1

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jesus Israel Guardado has moved for leave to withdraw and has filed a brief and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guardado has filed responses to the original brief and to the supplemental brief. We have reviewed counsel's briefs and the relevant portions of the record reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10320

therein, as well as Guardado's responses. We concur with counsel's assessment that this appeal presents no nonfrivolous issue for appellate review. Although Guardado urges this court to consider whether his attorney provided effective assistance of counsel under the Sixth Amendment, we conclude that the record is insufficiently developed on the pertinent issues, and we therefore decline to consider the matter. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Guardado may assert ineffective-assistance-of-counsel claims in a habeas corpus motion under 28 U.S.C. § 2255. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.